PROB 12B
ED/AR (12/2012)

# United States District Court
## for the
## Eastern District of Arkansas

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY - 2 2014

JAMES W. McCORMACK, CLER
By: _____
DEP CLER

| | |
|---|---|
| Name of Offender: Logan Crowell | Case Number: 4:14CR00014 BSM |

Name of Sentencing Judicial Officer: Honorable Jimm Larry Hendren
Chief United States District Judge
Western District of Arkansas

Name of Reassigned Judicial Officer: Honorable Brian S. Miller
Chief United States District Judge
Eastern District of Arkansas

Original Offense: Conspiracy to Distribute More Than 10 ml of LSD

Date of Sentence: June 29, 2009

Original Sentence: 87 months Bureau of Prisons, 5 years supervised release, mandatory drug testing, substance abuse treatment, search and seizure, $15,000 fine, and $100 special penalty assessment

January 30, 2014: Jurisdiction transferred to the Eastern District of Arkansas

| Type of Supervision: | Supervised Release | Date Supervision Commenced: January 6, 2014 |
|---|---|---|
| | | Date Supervision Expires: January 5, 2019 |
| U.S. Probation Officer: Tabitha L. Mitchell | Asst. U.S. Attorney: John Ray White | Defense Attorney: Kim Driggers |

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ year(s), for a total term of _____ years.
☒ To modify the conditions of supervision as follows:

**The defendant shall pay a fine in the amount of $15,000. Payments will be 10% of the defendant's gross monthly income.**

## CAUSE

Mr. Crowell's term of supervised release commenced in the Eastern District of Arkansas on January 6, 2014. His current fine balance is $9,811.40. Mr. Crowell is currently ordered to pay not less than 10% of his net monthly household income, but in no case less than $200 per month. Mr. Crowell is employed as a server at a local restaurant and his income fluctuates monthly. As such, his ability to make monthly payments of $200 may

Prob 12B                                -2-                              Request for Modifying the
                                                                         Conditions or Terms of Supervision
                                                                         with Consent of the Offender

Name of Offender: Logan Crowell                          Case Number: 4:14CR00014 BSM

not always be feasible. A financial investigation was completed, and Mr. Crowell provided verification of his income and expenses. Based on the information provided by Mr. Crowell, it was decided he could afford to pay 10% of his gross monthly income towards his fine balance. Mr. Crowell is in agreement to the modification. On April 10, 2014, Assistant Federal Public Defender Kim Driggers was contacted, and she reviewed the waiver of hearing to modify conditions of supervised release with Mr. Crowell.

_____                    _____
Tabitha L. Mitchell                                 John Ray White
U.S. Probation Officer                              Assistant U.S. Attorney

Date: April 16, 2014                                Date: 04/24/14

Approved:

_____
Supervising U.S. Probation Officer

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ Other

_____
Signature of Judicial Officer

5-2-14
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

c:  Assistant Federal Public Defender, Kim Driggers, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
    Assistant U.S. Attorney, John Ray White, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall pay a fine in the amount of $15,000. Payments will be 10 percent of the defendant's gross monthly income.

Witness: _Jabitha Mitchell_          Signed: _[signature]_
        U.S. Probation Officer                    Probationer or Supervised Releasee

_4/10/14_
DATE

_Kim Diggers_
Asst. Federal Public Defender